No. 212. Moses Lake Homes, Inc., et al. *v.* Grant County, 365 U. S. 744;

No. 584. Yale Transport Corp. et al. *v.* United States et al., 365 U. S. 566;

No. 715. Clawson *v.* United States, *ante,* p. 905;

No. 726. Coduto *v.* United States, 365 U. S. 881;

No. 136, Misc. Duncan *v.* Madigan, Warden, *ante,* p. 919;

No. 655, Misc. Louisiana ex rel. Allen *v.* Walker, Warden, 365 U. S. 567; and

No. 890, Misc. Wilson *v.* United States, *ante,* p. 921. Petitions for rehearing denied.

No. 616, Misc. Williams *v.* United States, 365 U. S. 883. Motion for leave to file petition for rehearing denied.

June 12, 1961.

No. 1038, Misc. Eckman *v.* Alaska. Motion for leave to file petition for writ of certiorari denied.

No. 1098, Misc. Myers *v.* New Mexico; and

No. 1170, Misc. Lyons *v.* California. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1010, Misc. McDonald *v.* Rhay, Penitentiary Superintendent. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 1121, Misc. Garrison *v.* New Mexico et al. Motion for leave to file petition for writ of habeas corpus and other relief denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.